IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA MCLAREN, | )<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 14 CV 9689 |
| | )<br>) |
| WHEATON COLLEGE, | )<br>)<br>) |
| | ) **Jury Trial Demanded** |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL FOR THE CLAIMS OF PLAINTIFF PURSUANT TO FRCP 41 with prejudice

1. The Plaintiff CYNTHIA MCLAREN ask the court to dismiss the claims of Plaintiff CYNTHIA MCLAREN pursuant to Federal Rule of Civil Procedure 41 with prejudice.

Dated: August 3, 2016    Respectfully submitted,

By:    */s/ John C. Ireland*
Attorney for Plaintiff
John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street
South Elgin IL  60177
Telephone:  630-464-9675
Email:  attorneyireland@gmail.com