UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Cynthia MCLaren
                    Plaintiff,

v.                                      Case No.: 1:14–cv–09689
                                        Honorable Matthew F. Kennelly

Wheaton College, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2016:

    MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for dismissal is granted [53]. Plaintiff's claims are dismissed with prejudice and without costs. The trial date of 8/29/2016 and the final pretrial conference date of 8/25/2016 are vacated. Civil case terminated. Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.